557

VERNER *et al. v.* DUNCAN, executrix.

RUSSELL, C. J.  The decision in this case is controlled by the ruling of this court in *Duncan* v. *Verner*, ante.

*Judgment reversed.  All the Justices concur.*

No. 7960.  MARCH 14, 1931.  REHEARING DENIED APRIL 20, 1931.

*J. T. Sisk,* for plaintiffs.

*Z. B. Rogers* and *Raymonde Stapleton,* for defendants.

SMITH, executrix, *et al. v.* VERNER *et al.*
VERNER *et al. v.* SMITH *et al.*

GILBERT, J.  These cases are controlled by the ruling in *Duncan* v. *Verner*, ante.

*Judgments reversed.  All the Justices concur.*

Nos. 7950, 7958.  APRIL 20, 1931.

*J. T. Sisk,* for plaintiffs.  *Tutt & Brown,* for defendants.